# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:05CV61

| | |
|---|---|
| THERON MULLINAX, Guardian ad Litem for George Howard McElrath, ) ) ) Plaintiff, ) ) Vs. ) ) ROBERT G. WARREN, and wife, ) VIKI B. WARREN, and MOUNTAIN ) TOP FARMS, L.L.C., ) ) Defendants, ) ) And ) ) UNITED STATES OF AMERICA, and ) CENTRAL CAROLINA BANK, ) ) Intervenor-Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court for *in camera* review of grand jury materials provided by the United States Attorney pursuant to this Court's Order filed March 31, 2006.

The Court has completed the *in camera* review of the grand jury testimony and finds it should be disclosed to the parties in this matter.

**IT IS, THEREFORE, ORDERED** that the portion of the grand jury testimony of George Howard McElrath which relates to the financial transactions involving the real property at issue in this civil action and provided to the undersigned by the United States Attorney *in camera* shall be disclosed to the parties in this matter forthwith.

Signed: April 11, 2006

Lacy H. Thornburg
United States District Judge